In re DOOLITTLE'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) In the matter of the estate of Louise T. Doolittle, deceased.

PER CURIAM. Order affirmed, with $10 costs and disbursements to each of the respondents, upon the opinion of Surrogate CALDER in Re Watson's Estate (decided at the present term of this court) 73 N. Y. Supp. 1058.

In re DORMAN. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) In the matter of the application of Theodore T. Dorman for admission to practice as an attorney and counselor at law. No opinion. Application granted.

DOUGLAS et al. v. JONES. (Supreme Court, Appellate Division. First Department. March 7, 1902.) Action by John F. Douglas and another against Emma L. Jones. No opinion. Motion denied, with $10 costs.

DRAKE, Respondent, v. AUBURT CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by Carrie E. Drake, as administratrix, etc., against the Auburt City Railway Company. No opinion. Judgment and order affirmed, with costs. All concur, except McLENNAN, J., who dissents.

DROEGE v. BAXTER et al. (Supreme Court, Appellate Division, First Department. March 14, 1902.) Action by Otto H. Droege, as receiver, against Edwin W. Baxter and another. No opinion. Motion granted. Question certified as stated in memorandum.

DYE, Respondent, v. PARKS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Asa E. Dye against Ashton M. Parks.

PER CURIAM. Motion to dismiss appeal denied, without costs, but without prejudice to the right to renew the motion at the opening of the next term of this court, in case of failure to exercise due diligence in procuring the case and exceptions herein to be settled and filed, and the papers printed, filed, and served.

EASTERBROOK, Respondent, v. ELMIRA INDUSTRIAL ASS'N OF ELMIRA, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Joseph P. Easterbrook against the Elmira Industrial Association of Elmira, N. Y.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the appellant to withdraw its demurrer and answer within 20 days, upon payment of the costs of the demurrer and of this appeal, upon authority of Whiting v. Association, 45 App. Div. 349, 61 N. Y. Supp. 27.

EBERHARDT, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by John George Eberhardt against the Metropolitan Street Railway Company. No opinion. Order affirmed, without costs. See 75 N. Y. Supp. 46, for opinion on appeal from judgment in the same action.

ELLISON, Respondent, v. ELMIRA INDUSTRIAL ASS'N OF ELMIRA, N. Y., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Curtis B. Ellison against the Elmira Industrial Association of Elmira, N. Y.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the appellant to withdraw its demurrer, and answer within 20 days, upon payment of the costs of the demurrer and of this appeal, upon authority of Whiting v. Association, 45 App. Div. 349, 61 N. Y. Supp. 27.

FAVO, Respondent, v. REMINGTON ARMS CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) Action by Peter Favo against the Remington Arms Company. No opinion. Motion denied.

FEDERGREEN, Respondent, v. LEWIS, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by Sarah Federgreen against Rosa Lewis. No opinion. Judgment of the municipal court affirmed, with costs.

FICKEN, Appellant, v. PULITZER, Respondent. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Henry Edwards Ficken against Joseph Pulitzer. W. A. McQuaid, for appellant. J. M. Bowers, for respondent. No opinion. Judgment affirmed, with costs.

FINKLE, Respondent, v. FINKLE et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action by Winthrop N. Finkle against Oscar G. Finkle and Jerusha Finkle. No opinion. Judgment affirmed, with costs.

FIRST NAT. BANK OF PLATTSBURGH, Respondent, v. SICKELS et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 21, 1902.) Action by the First National Bank of Plattsburgh, N. Y., against David B. Sickels and Marie Blanche Sickels, impleaded with another. No opinion. Order affirmed, with $10 costs and disbursements.

In re FLATBUSH TRUST CO. (Supreme Court, Appellate Division, Second Department. February 21, 1902.) In the matter of the application of the Flatbush Trust Company to be designated as a deposit bank for moneys paid into court. No opinion. Application granted, designating the petitioner as a deposit bank for moneys paid into court. Order signed.

FLEGENHEIMER, Respondent, v. DREYER, Appellant. (Supreme Court, Appellate Division, Second Department. March 14, 1902.) Action by David Flegenheimer against Gustav Dreyer. No opinion. Appeal dismissed, with costs.